JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ramon McNeal, | Case No.: 2:20-cv-07184-JAK-MRW |
| Plaintiff, | *Hon. John A. Kronstadt* |
| v. | |
| Chan Soo Kim, an Individual; Yong J. Kim, an Individual; and Does 1-10, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Ramon McNeal's ("Plaintiff") action against Defendants Chan Soo Kim, and Yong J. Kim ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: March 10, 2021

John A. Kronstadt
United States District Judge
Central District of California